## RELPH *v.* RANDLES.

From the Tippecanoe Circuit Court.

*G. S. Orth, G. O. Behm, J. Park* and *A. O. Behm,* for appellant.
*J. M. Larue* and *F. B. Everett,* for appellee.

WORDEN, J.—The question involved in this case is the same as that decided in the case of *Randles* v. *Randles, ante,* p. 434, and, for the reasons therein given, the judgment below must be affirmed.

The judgment below is affirmed, with costs.